IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                    No. 4:09-CR-00052-01-BRW

TOMMY HANDY

**ORDER**

Defendant's Motion to Reduce Sentence (Doc. No. 94) is DENIED.

Applying Amendment 821 does not reduce Defendant's criminal history category or guideline range.[1] Although Defendant's criminal history score lowers to 30, his criminal history category remains VI.

IT IS SO ORDERED this 28th day of June, 2024

          Billy Roy Wilson
          UNITED STATES DISTRICT JUDGE

---

[1] *See* United States Sentencing Guidelines § 1B1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").